1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Divisio

4  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone:    (415) 436-7200
   Facsimile:    (415) 436-7234
7  Email: kevin.barry@usdoj.gov

8  Attorneys for Plaintiff

9

10               UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13                                    7-1065
14  UNITED STATES OF AMERICA,     )   CR No. 10-mj-70165 MAG
                                  )
15       Plaintiff,               )
                                  )
16       v.                       )   **STIPULATION AND [PROPOSED]**
                                  )   **ORDER CHANGING HEARING DATE,**
17  AVERY BADENHOP,               )   **EXTENDING TIME LIMITS OF RULE**
                                  )   **5.1(c), AND EXCLUDING TIME**
18       Defendant.               )
                                  )
19

20       On December 22, 2010, the defendant had his initial appearance on a criminal complaint.

21  At that time, the Court set January 18, 2011 as the date for a preliminary hearing / arraignment.

22  On January 6, 2011, the parties in this case appeared before the Court for a hearing regarding the

23  appointment of counsel.

24       The parties respectfully request that the date for the preliminary hearing / arraignment be

25  changed to February 2, 2011 and that the time limits provided by Federal Rule of Criminal

26  Procedure 5.1(c) be extended through that date. Pursuant to Rule 5.1(d), the defendant consents

27  to this extension of time, and the parties represents that good cause exists for this extension,

28  including the effective preparation of counsel.

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 10-mj-71065 MAG

1    The parties also request that time from January 6, 2011 through February 2, 2011 be

2    excluded from any time limits applicable under 18 U.S.C. § 3161.  The parties represent that

3    granting the exclusion will allow the reasonable time necessary for effective preparation of

4    counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice

5    served by granting such an exclusion of time outweigh the best interests of the public and the

6    defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

7    SO STIPULATED:

                                        MELINDA HAAG
8                                       United States Attorney

9    DATED: January 14, 2010            /s/
                                        KEVIN J. BARRY
10                                      Assistant United States Attorney

11

     DATED: January 14, 2010            /s/
12                                      DOUGLAS L. RAPPAPORT
                                        Attorney for AVERY BADENHOP
13

14                         [PROPOSED] ORDER

15   For the reasons stated above, the Court changes the date for the preliminary hearing /

16   arraignment from January 18, 2011 to February 2, 2011.  The Court also finds that the extension

17   of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from January 6, 2011,

18   through February 2, 2011 is warranted; that exclusion of this period from the time limits

19   applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the

20   continuance under Rule 5.1 outweigh the interests of the public and the defendant in the prompt

21   disposition of this criminal case; and that the failure to grant the requested exclusion of time

22   would deny counsel for the defendant and for the government the reasonable time necessary for

23   effective preparation, taking into account the exercise of due diligence, and would result in a

24   miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

25   IT IS SO ORDERED.

26   DATED:  8 / an / /

27                                      THE HONORABLE BERNARD ZIMMERMAN
                                        United States Magistrate Judge
28

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 10-mj-71065 MAG                                                              2